```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0272--CV (JWS)
           "GLOBAL SEAFOODS NORTH AMER V VICTOR BUCHANAN"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/18/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    28 USC 1333 & 46 USC 31341
            Origin: (1) Original Proceeding
            Demand: 36+
        Filing fee: Paid $250.00 on 11/18/05 receipt # 00127116
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1        GLOBAL SEAFOODS NORTH AMERICA LLC    Mark C. Manning
                                                    431 W. 7th Avenue, Suite 204
                                                    Anchorage, AK 99501
                                                    907-278-9794
                                                    FAX 907-278-1169

DEF 1.1        BUCHANAN, VICTOR                     No counsel found for this party!

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0272--CV (JWS)
                    "GLOBAL SEAFOODS NORTH AMER V VICTOR BUCHANAN"

                                  For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/18/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    28 USC 1333 & 46 USC 31341
            Origin: (1) Original Proceeding
            Demand: 36+
        Filing fee: Paid $250.00 on 11/18/05 receipt # 00127116
          Trial by:


Document #   Filed        Docket text

    1 -   1  11/18/05     Complaint filed; Summons issued.
```