RECEIVED

AFTER 4:30 P.M.

FILED

DEC 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____
_____Deputy

Matthew D. Jamin
323 Carolyn St.
Kodiak, AK 99615
Telephone: 907.486.6024
Facsimile: 907.486.6112
Email: matt@jesmkod.com

Attorneys for Victor Buchanan

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

GLOBAL SEAFOODS            )
NORTH AMERICA, LLC,        )
                          )
    Plaintiff,           )
                          )
vs.                        )
                          )
VICTOR BUCHANAN,           )       $A05-272CV(JWS)$
                          )
    Defendant.           )       Case No. 3AN-05-0272 CI (JWS)
_____)

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Through counsel the parties agree that defendant may have until January

6, 2006 to respond to plaintiff's complaint. The parties also agree to provide

initial disclosures by January 20, 2005.

    Dated: December 29, 2005 at Anchorage, Alaska.

JAMIN SCHMITT
ST. JOHN
323 CAROLYN ST.
KODIAK, AK 99615
(907) 486-6024

Mark C. Manning
ABA No. 8110066
Counsel for Global Seafoods
North America

C. Walter Ebell, ABA No.
7810068 for
Matthew D. Jamin
ABA No. 7410085
Counsel for Mr. Buchanan

\*    \*    \*    \*    \*    \*    \*

## O R D E R

It is so ordered.

Done this _____ day of _____, 200___, at Anchorage,

Alaska.

_____
John W. Sedwick
U.S. District Court Judge

JAMIN SCHMITT
ST. JOHN
323 CAROLYN ST.
KODIAK, AK 99615
(907) 486-6024

Global Seafoods North America, LLC v. Victor Buchanan
Case No. 3AN-05-0272 CI (JWS)