RECEIVED AFTER 4:30 P.M.

FILED
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Matthew D. Jamin
323 Carolyn St.
Kodiak, AK 99615
Telephone: 907.486.6024
Facsimile: 907.486.6112
Email: matt@jesmkod.com

Attorneys for Victor Buchanan

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) ) Plaintiff, ) ) vs. ) ) VICTOR BUCHANAN, ) ) Defendant. ) ) | A05-272CV (JWS) Case No. ~~3AN-05-0272 CI (JWS)~~ |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Through counsel the parties agree that defendant may have until January 6, 2006 to respond to plaintiff's complaint. The parties also agree to provide initial disclosures by January 20, 2006.

Dated: December 29, 2005 at Anchorage, Alaska.

_____
Mark C. Manning
ABA No. 8110066
Counsel for Global Seafoods
North America

_____
C. Walter Ebell, ABA No. 7810068 for
Matthew D. Jamin
ABA No. 7410085
Counsel for Mr. Buchanan

JAMIN SCHMITT
ST. JOHN
323 CAROLYN ST.
KODIAK, AK 99615
(907) 486-6024

3

\* \* \* \* \* \* \*

## ORDER

It is so ordered.

Done this 31st day of December, 2005, at Anchorage, Alaska.

_____
John W. Sedwick
U.S. District Court Judge

JAMIN SCHMITT
ST. JOHN
323 CAROLYN ST.
KODIAK, AK 99615
(907) 486-6024

Page 2 of 2
Global Seafoods North America, LLC v. Victor Buchanan
Case No. 3AN-05-0272 CI (JWS)