Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| VICTOR BUCHANAN, ) ) | |
| Defendants. ) ) | No. A-05-0272 Civil (JWS) |

NOTICE OF SETTLEMENT

Plaintiff Global Seafoods gives notice that the parties have reached a settlement in this case, pursuant to which Defendant is to make scheduled payments the last of which is to occur by July 19, 2006.  If the payment schedule is fully performed, Global expects the parties will file a Stipulation of Dismissal on or shortly after July 19.

DATED this 19th day of June, 2006, at Anchorage, Alaska.

   s/ Mark C.  Manning   
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 6 /19 /06, a copy
of the foregoing motion and related papers
was served electronically on Victor Buchanan.

   s/Mark C. Manning