IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VICTOR BUCHANAN,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. A-05-0272 Civil (JWS)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties who have appeared in this action stipulation the entire case may be dismissed with prejudice, the parties to bear their respective costs and fees.

　　　　DATED this 1st day of August, 2006.

　　　　　　　　　　　　　　　　　　s/ Mark C. Manning
　　　　　　　　　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　431 West 7th Avenue, Ste. 204
　　　　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　　　　Phone: (907) 278-9794
　　　　　　　　　　　　　　　　　　Fax: (907) 278-1169
　　　　　　　　　　　　　　　　　　manning@alaska.net
　　　　　　　　　　　　　　　　　　ABA No. 8110066


　　　　　　　　　　　　　　　　　　s/Matthew D.Jamin(consent)
　　　　　　　　　　　　　　　　　　JAMIN SCHMITT ST. JOHN
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　323 Carolyn Strret
　　　　　　　　　　　　　　　　　　Kodiak, AK 99615
　　　　　　　　　　　　　　　　　　(907) 486-6024
　　　　　　　　　　　　　　　　　　ABA No.  7410085